| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Furay, Catherine J. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Western District of Wisconsin | 3. Date of Report<br><br>08/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>500 South Barstow Street<br>Eau Claire, Wisconsin 54701 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Committee Member | Villages of Bishops Bay Architectural Review Committee |
| 2. | Member of Board of Directors and Treasurer | University of Wisconsin-Eau Claire Foundation Inc. |
| 3. | Committee Member | Finance Committee and Board of Governors of the National Conference of Bankruptcy Judges |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1980 | Wisconsin Deferred Compensation Program - Employee Trust Funds - Prior employer; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Sweet DeMarb LLC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Wisconsin | 03/04/15-03/06/15 | Kohler, WI | BICR Retreat | Registration fee, meals, hotel |
| 2. | National Conference of Bankruptcy Judges | 04/12/15-04/14/15 | San Antonio, TX | NCBJ 2015 Mid-Year Meeting | Transportation, meals, hotel |
| 3. | Bankruptcy Seminars, Inc. | 07/08/15-07/10/15 | Dubuque, IA | 45th Annual Barbara Everly Bankruptcy Seminar | Meals, hotel |
| 4. | National Conference of Bankruptcy Judges | 09/26/15-09/30/15 | Miami, FL | NCBJ 2015 Annual Meeting | Transportation, meals, hotel |
| 5. | Turnaround Management Association | 10/03/15-10/06/15 | Scottsdale, AZ | TMA 27th Annual Conference and Certification Oversight Committee Meeting | Transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Furay, Catherine J. | 08/10/2016 |

| 6. | American Bankruptcy Institute | 10/11/15-10/12/15 | Chicago, IL | 2016 Chicago Consumer Bankruptcy Conference | Transportation, hotel |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | *See note in Part VIII | | $0.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Account The Park Bank | A | Int./Div. | J | T | | | | | |
| 2. Bank Account Middleton Community Bank | A | Int./Div. | K | T | | | | | |
| 3. The Peoples Community Bancshares | A | Int./Div. | J | T | | | | | |
| 4. Mitzvah LLC | | None | M | U | | | | | |
| 5. Bank Account Towne Bank* | A | Int./Div. | J | T | | | | | |
| 6. INVESTMENT ACCOUNT #1 (UBS): (H) | | | | | | | | | |
| 7. - Cash (UBS) | A | Int./Div. | J | T | | | | | |
| 8. - Brandes Emerging Markets Fund Class I* (BEMIX) | A | Dividend | | | Sold (part) | 11/09/15 | J | A | |
| 9. | | | | | Sold | 12/10/15 | J | A | |
| 10. - Henderson European Focus Fund Class I* (HFEIX) | A | Dividend | J | T | Sold (part) | 11/09/15 | J | A | |
| 11. - Oakmark Int'l Fund Class I (OAKIX) | A | Dividend | J | T | Sold (part) | 01/26/15 | J | A | |
| 12. | | | | | Sold (part) | 11/09/15 | J | A | |
| 13. - RiverNorth/Doubleline Strategic Income Fund (RNSIX) | A | Dividend | | | Sold (part) | 11/09/15 | J | A | |
| 14. | | | | | Sold | 12/09/15 | J | A | |
| 15. - First Eagle Global Fund Class I* (SGIIX) | A | Dividend | J | T | Buy (add'l) | 07/10/15 | J | | |
| 16. | | | | | Sold (part) | 11/09/15 | J | A | |
| 17. - Franklin Templeton Global Bond Fund Advisor Class* (TGBAX) | A | Dividend | | | Sold (part) | 11/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 12/10/15 | J | A | |
| 19. - Wells Fargo Strategic Municipal Bond Fund* (STRIX) | A | Dividend | K | T | Sold (part) | 11/09/15 | J | A | |
| 20. - BlackRock Global Long/Short Credit Fund* (BGCIX) | A | Dividend | J | T | Sold (part) | 11/09/15 | J | A | |
| 21. - Wells Fargo Advantage Absolute Return Fund* (WABIX) | | None | | | Sold (part) | 08/31/15 | J | A | |
| 22. | | | | | Sold (part) | 11/09/15 | J | A | |
| 23. | | | | | Sold | 12/09/15 | J | A | |
| 24. - Financial Sector SPDR Trust ETF (XLF) | A | Dividend | J | T | Sold (part) | 11/09/15 | J | A | |
| 25. - Global X MSCI Norway ETF (NORW) | A | Dividend | | | Sold | 09/02/15 | J | A | |
| 26. - Guggenheim S&P 500 Equal Weight ETF (RSP) | A | Dividend | J | T | Sold (part) | 11/09/15 | J | A | |
| 27. - iShares TR MSCI United Kingdom ETF (EWU) | A | Dividend | | | Sold (part) | 01/02/15 | J | A | |
| 28. | | | | | Sold | 09/03/15 | J | A | |
| 29. - WisdomTree Trust Japan Hedged Equity FD (DXJ) | A | Dividend | J | T | Sold (part) | 01/22/15 | J | A | |
| 30. | | | | | Sold (part) | 01/23/15 | J | A | |
| 31. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 32. | | | | | Sold (part) | 11/12/15 | J | A | |
| 33. - PS S&P 500 Downside Hedged Portfolio ETF (PHDG) | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 34. | | | | | Sold (part) | 01/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/16/15 | J | A | |
| 36.  - Goldman Sachs MLP Energy Infrastructure (GMLPX) | A | Dividend | | | Buy | 01/20/15 | J | | |
| 37. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 38. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 39. | | | | | Sold (part) | 11/09/15 | J | A | |
| 40. | | | | | Sold | 12/10/15 | J | A | |
| 41.  - Market Vectors Oil Services ETF (OIH) | | None | | | Buy | 01/23/15 | J | | |
| 42. | | | | | Sold (part) | 11/09/15 | J | A | |
| 43. | | | | | Sold | 12/14/15 | J | A | |
| 44.  - WisdomTree Trust Europe Hedge Equity ETF (HEDJ) | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 45. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 46. | | | | | Sold (part) | 11/12/15 | J | A | |
| 47.  - John Hancock Global Absolute Return (JHAIX) | A | Dividend | J | T | Buy | 07/10/15 | J | | |
| 48. | | | | | Sold (part) | 11/09/15 | J | A | |
| 49.  - American Century High Yield Muni (ABHYX) | | None | J | T | Buy | 12/09/15 | J | | |
| 50.  - PIMCO Enhanced Short Maturity (MINT) | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 51. | | | | | Buy (add'l) | 12/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - ALPS Alerian MLP Index (AMLP) | | None | J | T | Buy | 12/11/15 | J | | |
| 53. - SPDR Energy Sector ETF (XLE) | A | Dividend | J | T | Buy | 12/14/15 | J | | |
| 54. - Vanguard Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy | 12/14/15 | J | | |
| 55. IRA #1 (UBS): (H) | | | | | | | | | |
| 56. - Cash (UBS) | A | Int./Div. | J | T | | | | | |
| 57. - Henderson European Focus Fund Class I* (HFEIX) | A | Dividend | L | T | Sold (part) | 06/19/15 | J | B | |
| 58. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 59. - Brandes Emerging Markets Fund Class I* (BEMIX) | A | Dividend | K | T | Sold (part) | 06/19/15 | J | A | |
| 60. - Oakmark Int'l Fund Class I (OAKIX) | B | Dividend | K | T | Sold (part) | 01/26/15 | J | A | |
| 61. | | | | | Sold (part) | 06/19/15 | J | A | |
| 62. - Franklin Templeton Global Bond Fund Advisor Class* (TGBAX) | B | Dividend | K | T | Sold (part) | 06/19/15 | J | A | |
| 63. - RiverNorth/Doubleline Strategic Income Fund (RNSIX) | C | Dividend | L | T | Sold (part) | 06/19/15 | K | A | |
| 64. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 65. - Virtus Multi-Sector Short-Term Bond Fund Class A (PIMSX) | C | Dividend | L | T | Sold (part) | 06/19/15 | J | A | |
| 66. - First Eagle Global Fund Class I* (SGIIX) | A | Dividend | L | T | Sold (part) | 06/19/15 | J | A | |
| 67. | | | | | Buy (add'l) | 11/10/15 | K | | |
| 68. - BlackRock Global Long/Short Credit Fund* (BGCIX) | B | Dividend | K | T | Sold (part) | 06/19/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Wells Fargo Advantage Absolute Return Fund* (WABIX) | B | Dividend | L | T | Sold (part) | 06/19/15 | J | A | |
| 70. | | | | | Sold (part) | 08/31/15 | J | A | |
| 71. - Financial Sector SPDR Trust ETF (XLF) | A | Dividend | K | T | Sold (part) | 06/19/15 | J | A | |
| 72. - Global X MSCI Norway ETF (NORW) | A | Dividend | | | Sold (part) | 06/19/15 | J | A | |
| 73. | | | | | Sold | 09/02/15 | J | A | |
| 74. - Guggenheim S&P 500 Equal Weight ETF (RSP) | B | Dividend | L | T | Sold (part) | 06/19/15 | J | A | |
| 75. - iShares TR MSCI United Kingdom ETF (EWU) | A | Dividend | | | Sold (part) | 06/19/15 | J | A | |
| 76. | | | | | Sold (part) | 09/02/15 | J | A | |
| 77. | | | | | Sold | 09/03/15 | K | A | |
| 78. - WisdomTree Trust Japan Hedged Equity FD (DXJ) | B | Dividend | K | T | Buy (add'l) | 01/02/15 | J | | |
| 79. | | | | | Sold (part) | 01/22/15 | J | A | |
| 80. | | | | | Sold (part) | 01/23/15 | J | A | |
| 81. | | | | | Sold (part) | 06/19/15 | J | A | |
| 82. | | | | | Buy (add'l) | 09/02/15 | K | | |
| 83. - RS Floating Rate Class A (RSFYX) | B | Dividend | K | T | Sold (part) | 06/19/15 | J | A | |
| 84. - PS S&P 500 Downside Hedged Portfolio ETF (PHDG) | A | Dividend | | | Sold (part) | 06/19/15 | J | A | |
| 85. | | | | | Sold (part) | 07/14/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 07/16/15 | K | A | |
| 87. - Goldman Sachs MLP Energy Infrastructure (GMLPX) | A | Dividend | K | T | Buy | 01/20/15 | J | | |
| 88. | | | | | Sold (part) | 06/19/15 | J | A | |
| 89. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 90. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 91. - Market Vectors Oil Services ETF (OIH) | A | Dividend | J | T | Buy | 01/23/15 | J | | |
| 92. | | | | | Sold (part) | 06/19/15 | J | A | |
| 93. - WisdomTree Trust Europe Hedge Equity ETF (HEDJ) | C | Dividend | K | T | Buy | 01/28/15 | K | | |
| 94. | | | | | Sold (part) | 06/19/15 | J | A | |
| 95. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 96. - John Hncock Global Absolute Return (JHAIX) | C | Dividend | K | T | Buy | 07/14/15 | K | | |
| 97. IRA #2 (UBS): (H) | | | | | | | | | |
| 98. - Cash (UBS) | A | Int./Div. | J | T | | | | | |
| 99. - Henderson European Focus Fund Class I* (HFEIX) | A | Dividend | L | T | Sold (part) | 06/19/15 | J | C | |
| 100. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 101. - Brandes Emerging Markets Fund Class I* (BEMIX) | A | Dividend | L | T | Sold (part) | 06/19/15 | J | A | |
| 102. - Oakmark Int'l Fund Class I (OAKIX) | B | Dividend | K | T | Sold (part) | 01/26/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/19/15 | J | A | |
| 104. - Franklin Templeton Global Bond Fund Advisor Class* (TGBAX) | B | Dividend | L | T | Sold (part) | 06/19/15 | J | A | |
| 105. - RiverNorth/Doubleline Strategic Income Fund (RNSIX) | D | Dividend | M | T | Sold (part) | 06/19/15 | K | A | |
| 106. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 107. - Virtus Multi-Sector Short-Term Bond Fund Class A (PIMSX) | C | Dividend | M | T | Sold (part) | 06/19/15 | K | B | |
| 108. - First Eagle Global Fund Class I* (SGIIX) | B | Dividend | L | T | Sold (part) | 06/19/15 | J | A | |
| 109. | | | | | Buy (add'l) | 11/10/15 | K | | |
| 110. - BlackRock Global Long/Short Credit Fund* (BGCIX) | B | Dividend | K | T | Sold (part) | 06/19/15 | J | A | |
| 111. - Wells Fargo Advantage Absolute Return Fund* (WABIX) | B | Dividend | L | T | Sold (part) | 06/19/15 | K | A | |
| 112. | | | | | Sold (part) | 08/31/15 | J | A | |
| 113. - Financial Sector SPDR Trust ETF (XLF) | A | Dividend | K | T | Sold (part) | 06/19/15 | J | A | |
| 114. - Global X MSCI Norway ETF (NORW) | B | Dividend | | | Sold (part) | 06/19/15 | J | A | |
| 115. | | | | | Sold | 09/02/15 | J | A | |
| 116. - Guggenheim S&P 500 Equal Weight ETF (RSP) | B | Dividend | L | T | Sold (part) | 06/19/15 | K | A | |
| 117. - iShares TR MSCI United Kingdom ETF (EWU) | A | Dividend | | | Sold (part) | 06/19/15 | J | A | |
| 118. | | | | | Sold (part) | 09/02/15 | J | A | |
| 119. | | | | | Sold | 09/03/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - WisdomTree Trust Japan Hedged Equity FD (DXJ) | C | Dividend | L | T | Buy (add'l) | 01/02/15 | J | | |
| 121. | | | | | Sold (part) | 01/22/15 | K | A | |
| 122. | | | | | Sold (part) | 01/23/15 | K | A | |
| 123. | | | | | Sold (part) | 06/19/15 | J | A | |
| 124. | | | | | Buy (add'l) | 09/15/15 | K | | |
| 125. - RS Floating Rate Class A (RSFYX) | C | Dividend | K | T | Sold (part) | 06/19/15 | J | A | |
| 126. - PS S&P 500 Downside Hedged Portfolio ETF (PHDG) | A | Dividend | | | Sold (part) | 06/19/15 | K | A | |
| 127. | | | | | Sold (part) | 07/14/15 | K | A | |
| 128. | | | | | Sold | 07/16/15 | L | A | |
| 129. - Goldman Sachs MLP Energy Infrastructure (GMLPX) | A | Dividend | K | T | Buy | 01/20/15 | K | | |
| 130. | | | | | Sold (part) | 06/19/15 | J | A | |
| 131. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 132. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 133. - Market Vectors Oil Services ETF (OIH) | A | Dividend | J | T | Buy | 01/23/15 | K | | |
| 134. | | | | | Sold (part) | 06/19/15 | J | A | |
| 135. - WisdomTree Trust Europe Hedge Equity ETF (HEDJ) | C | Dividend | L | T | Buy | 01/28/15 | L | | |
| 136. | | | | | Sold (part) | 06/19/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 138. - John Hancock Global Absolute Return (JHAIX) | C | Dividend | L | T | Buy | 07/14/15 | L | | |
| 139. Extendquip LLC | | None | K | U | | | | | |
| 140. State of Wisconsin Life Insurance | A | Dividend | J | T | | | | | |
| 141. Wisconsin Retirement System Dept of Employee Trust Funds | A | Interest | J | T | | | | | |
| 142. Wisconsin Deferred Compensation Program (H) | | | | | | | | | |
| 143. - Black Rock EAFE Equity - Index Coll T | | None | J | T | | | | | |
| 144. - DFA US Micro Cap I | A | Dividend | J | T | | | | | |
| 145. - BlackRock Mid Cap Index - Collective F | | None | J | T | | | | | |
| 146. - Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 147. - Vanguard Institutional Index Fund Plus | A | Dividend | J | T | | | | | |
| 148. - Federated US Government Securities 2-5 Yr. | A | Dividend | J | T | | | | | |
| 149. - Vanguard Stable Value Fund | | None | J | T | | | | | |
| 150. IRA #3 (UBS): (H) | | | | | | | | | |
| 151. - Cash (UBS) | A | Int./Div. | J | T | | | | | |
| 152. - Royal Bank of Canada Trigger ROS XLF | | None | K | T | | | | | |
| 153. - Deutsche Bank AG Trigger ROS XLK | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Barclays Bank PLC Trigger PS DXJ | | None | K | T | | | | | |
| 155. - UBS AG Trigger PS EM EQTY BSKT | | None | J | T | | | | | |
| 156. - HSBC USA Inc Trigger PS SX5E | | None | | | Sold | 04/30/15 | K | D | |
| 157. - HSBC USA Inc Buffered ROS IBEX | | None | K | T | | | | | |
| 158. - Citigroup INC Buffered ROS EWZ | | None | J | T | | | | | |
| 159. - JPMorgan Chase & CO Buffered ROS FTSEMIB | | None | K | T | | | | | |
| 160. - Goldman Sachs Group, INC Buffered ROS HSCEI | | None | J | T | | | | | |
| 161. - Morgan Stanley Contingent ROS SPX | | None | K | T | | | | | |
| 162. - Goldman Sachs Group, INC Airbag PS UKX | | None | J | T | | | | | |
| 163. - Credit Suisse AG L/O TPAOS SPX SX5E | A | Int./Div. | | | Matured | 10/30/15 | J | A | |
| 164. - Royal Bank of Canada L/O TPAOS SPX SX5E | A | Int./Div. | | | Matured | 10/30/15 | J | A | |
| 165. - Credit Suisse AG Airbag PS SPTSX60 | | None | J | T | | | | | |
| 166. - Deutsche Bank Trigger ROS SX5E | | None | K | T | Buy | 04/30/15 | K | | |
| 167. - Credit Suisse AG L/O TPAOS SPX SX5E | | None | J | T | Buy | 11/18/15 | J | | |
| 168. - Royal Bank of Canada L/O TPAOS RTY SX5E | | None | J | T | Buy | 11/18/15 | J | | |
| 169. IRA #4 (UBS): (H) | | | | | | | | | |
| 170. - Cash (UBS) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Royal Bank of Canada Trigger ROS XLF | | None | K | T | | | | | |
| 172. - Deutsche Bank AG Trigger ROS XLK | | None | K | T | | | | | |
| 173. - Barclays Bank PLC Trigger PS DXJ | | None | K | T | | | | | |
| 174. - UBS AG Trigger PS EM EQTY BSKT | | None | J | T | | | | | |
| 175. - HSBC USA Inc Trigger PS SX5E | | None | | | Sold | 04/30/15 | K | D | |
| 176. - HSBC USA INC Buffered ROS IBEX | | None | K | T | | | | | |
| 177. - Citigroup INC Buffered ROS EWZ | | None | J | T | | | | | |
| 178. - JPMorgan Chase & Co Buffered ROS FTSEMIB | | None | K | T | | | | | |
| 179. - Goldman Sachs Group, INC Buffered ROS HSCEI | | None | J | T | | | | | |
| 180. - Morgan Stanley Contingent ROS SPX | | None | K | T | | | | | |
| 181. - Goldman Sachs Group, INC Airbag PS UKX | | None | K | T | | | | | |
| 182. - Credit Suisse AG L/O TPAOS SPX SX5E | B | Int./Div. | | | Matured | 10/30/15 | K | A | |
| 183. - Royal Bank of Canada L/O TPAOS SPX SX5E | B | Int./Div. | | | Matured | 10/30/15 | K | A | |
| 184. - Credit Suisse AG Airbag PS SPTSX60 | | None | K | T | | | | | |
| 185. - Deutsche Bank Trigger ROS SX5E | | None | K | T | Buy | 04/30/15 | K | | |
| 186. - Credit Suisse AG L/O TPAOS SPX SX5E | | None | K | T | Buy | 11/18/15 | K | | |
| 187. - Royal Bank of Canada L/O TPAOS SX5E | | None | K | T | Buy | 11/18/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. 401k ACCOUNT (ING): (H)* | | | | | | | | | |
| 189. Lincoln Financial Group Annuity 401k* | B | Int./Div. | M | T | | 04/09/15 | L | | |
| 190. | | | | | Buy (add'l) | 10/01/15 | K | | |
| 191. IRA #5 (UBS): (H) | | | | | | | | | |
| 192. - Cash (UBS) | A | Interest | J | T | | | | | |
| 193. - ACAP Strategic Fund | | None | L | T | Buy | 06/25/15 | L | | |
| 194. - Skybridge Multi-Advisor | | None | L | T | Buy | 06/25/15 | M | | |
| 195. IRA #6 (UBS): (H) | | | | | | | | | |
| 196. - Cash (UBS) | A | Interest | J | T | | | | | |
| 197. - ACAP Strategic Fund | | None | K | T | Buy | 06/24/15 | L | | |
| 198. - Skybridge Multi-Advisor | | None | L | T | Buy | 06/24/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V. Gifts. During 2015, friends sent me gifts of art, jewelry, and memorabilia. I have no reason to believe that any of these items exceeded the $375 limit. If I should learn otherwise, I will amend this form.

Part VII. Investments and Trusts.

Line 5 - bank account opened in 2015

Lines 8, 59, & 101 - formerly Brandes Emerging Markets Fund Class A

Lines 10, 57, & 99 - formerly Henderson Global Investors European Focus Fund Class A

Lines 15, 66, & 108 - formerly First Eagle Global Fund Class A

Lines 17, 62, & 104 - formerly Franklin/Templeton Global Fund Class A

Line 19 - formerly Wells Fargo Strategic Municipal Bond Fund Class A

Lines 20, 68, & 110 - formerly Blackrock Global Long/Short Credit Fund Class A

Lines 21, 69, & 111 - formerly Wells Fargo Advantage Absolute Return Fund CL A

Line 188 - This asset, including all of its holdings, was rolled into a new account on 04/09/15. The new account name is Lincoln Financial Group Annuity 401(k).

Line 189 - This is the new 401(k) account referred to in the explanation to line 188 above. No control over investments.

Lines 188 & 189 - ING 401(k) account identified in Line 188 is a 401(k) asset in the form of an ING account. There was no control of or management of any of the holdings of this 401(k) account. As noted on the original report, all of the assets in the ING account were transferred and rolled into a Lincoln Financial Group Annuity. The annuity qualifies as a 401(k). There are no individual holdings within the account. There is no control over the account or its investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine J. Furay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544